IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2014 JUL -9 A 11: 07

Jonathan Champale Miles 270706
Full name and prison number
of plaintiff(s)

v.

Benjamin Freeman
Houston County District Judge Menchiem
State of Alabama

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:14-cv-665-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Houston County Courtroom

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                          ADDRESS
1. Benjamin Freeman Attorney        114 North Oats Str Dothan, Alabama
2. District Judge Brody Meindhiem   114 North Oats Str Dothan Alabama
3. STATE of Alabama
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 11, 2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On April 11 2014 at about 9:00am I had a hearing In front of Judge Mendhiem I stated to the Judge that I was a mental Health patient, I am mentally Ill and not able to make rational descisions on my Own, I did not and do not understand the rules of Court, but my claim of mental Incompentcy was neglected and I was not Evaluated to prove my mental Incompentcy

GROUND TWO: Denial of Effective Assistance Of Counsel

SUPPORTING FACTS: I Stated to my Attorney that I was a mental Health patient and off of my meds, my attorney failed to Investigate My Claim of being Mentally Incompetent, neglected to have me Evaluated forcing me to make a descision that I could not make, denying me a fair Court proceeding

GROUND THREE:

SUPPORTING FACTS:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Courts Of Houston County to grant me Belief of my Sentece. Amending my Sentence to get me help for my mental Condition, Help me with my disability and disability Back pay to be finacle able to obtain my medications, Transportation, to pay for my pain and Suffering.

_Jonathan C. Miles_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-30-14 .
             (Date)

_Jonathan C Miller_
Signature of plaintiff(s)

Signed before me on this 30th day of June 2014

Notary public

4-13-16

Jonathan C Miles 270706
P.O. Box 150  B-61-B
Mt Meigs, AL 36057

"legal" Mail

**SECURITY**
JUL 07 2014
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Office of
Clerk, United States District Court
Hugo L. Black United States Courth
1729 - 5th Avenue North
Birmingham, Alabama 35203-0

02 1R
000200123
MAILED FRO

3520332037

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 - 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

United States District Court
Middle District
Po Box 711
Montgomery, AL 36101