IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

JONATHAN CHAMPALE MILES,    )
                            )
    Plaintiff              )
                            )
                            )   CIVIL ACTION NO.
v.                          )   1:14cv665-MHT
                            )        (WO)
BENJAMIN FREEMAN, et al.,   )
                            )
    Defendants.            )

OPINION

    Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the constitutionality of his state-court conviction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 31st day of July, 2014.**

                             /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**