IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JONATHAN CHAMPALE MILES,     )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )      1:14cv665-MHT
                             )           (WO)
BENJAMIN FREEMAN, et al.,    )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 4) is adopted.

(2) This lawsuit is dismissed as follows:

    (A) The plaintiff's claims against defendants State of Alabama, Benjamin Freeman, and Brady E. Mendheim, Jr. are dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

    (B) To the extent the plaintiff presents claims challenging the constitutionality of his state-court conviction and his incarceration resulting from this conviction, these claims are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because these claims are not cognizable in the instant civil action.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2014.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE